IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-HC-2054-FL

| | |
|---|---|
| LINWOOD EARL FORTE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GERALD BRANKER, Warden, )<br>Central Prison )<br>Raleigh, North Carolina, )<br>)<br>Respondent. ) | ORDER |

On April 19, 2011, petitioner filed a motion to allow compensation for investigative work (DE #26). On May 17, 2011, the court entered an order (DE #27) directing petitioner to file, within fourteen days, a supporting memorandum "explaining why the investigative services are reasonably necessary and what type of information is expected to be developed by the investigator." On May 31, 2011, petitioner filed a motion to withdraw the motion for funds (DE #28).

Upon consideration of petitioner's motions, the motion to withdraw (DE #28) petitioner's April 19, 2011, motion is GRANTED. Petitioner's motion for funds (DE #26) is DENIED as moot.

SO ORDERED, this the 25th day of August, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge